**Opinion filed January 4, 2013**



# In The

# Eleventh Court of Appeals

_____

## No. 11-12-00282-CV

_____

## IN THE INTEREST OF T.M. AND C.M., CHILDREN

### On Appeal from the 35th District Court

### Brown County, Texas

### Trial Court Cause No. DV0808185

## M E M O R A N D U M   O P I N I O N

Thomas Wayne Womack and Mary Womack are the appellants in this appeal. They have filed an unopposed motion to dismiss the appeal pursuant to TEX. R. APP. P. 42.1(a)(1). In the motion, appellants state that they "request to dismiss their cause of action at this time." Therefore, in accordance with appellants' request, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

January 4, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.